Nov. Term,
1856.

REEVES and Others *v.* CLARK and Another.

THE STATE
v.
ATKINSON.

*Thursday,
January* 8,
1857.

APPEAL from the *Hendricks* Circuit Court.

*Per Curiam.*—This case seems to fall precisely within that of *Swope* v. *Ardery*, 5 Ind. R. 213. It is parallel in almost every particular, and goes beyond it in this, that *Clark*, the purchaser at the sheriff's sale, became so in a conspiracy to defraud other persons, in violation of agreement on the part of the execution-plaintiff, between whom and *Clark* the conspiracy was, according to the record.

The judgment below is reversed with costs. Cause remanded for further proceedings, with leave to both parties to amend and make up issues of fact, if they desire to do so.

*W. Henderson*, for the appellants.
*C. C. Nave*, for the appellees.

---

THE STATE *v.* ATKINSON.

APPEAL from the *Grant* Court of Common Pleas.   *Thursday,
January* 8,
1857.

*Per Curiam.*—Information for refusing to swear to a list of taxables, as prepared by the assessor, &c.

Information quashed below. This was right. The list did not specify the separate value of the items listed, nor the aggregate value of the whole, while the party was required to swear to the correctness of the list and valuation.

The judgment is affirmed.

*J. Brownlee*, for the State.